UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
Case No. 4:14-cv-00493-RH-CAS

SHALINUS PYE and
RAISHA LICHT,
individually and on behalf
of all others similarly situated,

        Plaintiffs,

v.

FIFTH GENERATION, INC.,
a Texas Corporation,
MOCKINGBIRD DISTILLERY CORP.,
a Texas Corporation, and
BERT BUTLER BEVERIDGE II,
an individual,

        Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Fifth Generation, Inc., Mockingbird Distillery Corp., and Bert Butler Beveridge II specially appear for the limited purpose (agreed that no party waives any defenses) of moving, unopposed, for an extension of time in which to respond to the Class Action Complaint ("Complaint").  Defendants respectfully request the Court issue an Order extending the time to respond to the Complaint to Monday, November 17, 2014.

In further support thereof, Defendants submit the following:

1.    The earliest deadline to respond to the Complaint by any of the Defendants is, upon information and belief, Wednesday, October 22, 2014.

2.    Defendants and counsel require additional time to review the Complaint, consult, and respond.

3. The proposed extended deadline would be Monday, November 17, 2014.

4. This request is made in good faith and not for purposes of delay.

**CERTIFICATION:** The undersigned certifies that he has conferred with counsel for Plaintiffs in accordance with Northern District of Florida Local Rule 7.1(B), and that counsel for Plaintiffs agree with the relief requested in this Motion.

WHEREFORE, Defendants respectfully requests the Court extend the time within which to respond to the Complaint to Monday, November 17, 2014.

Respectfully submitted,

*s/John Londot*
John Londot
Florida Bar No. 579521
Greenberg Traurig, P.A.
101 East College Avenue
Tallahassee, FL 32301
Phone 850-222-6891
Fax 850-681-0207
londotj@gtlaw.com
hoffmanm@gtlaw.com

Rick Shackelford
(Pro Hac Vice motion to be filed)
Greenberg Traurig LLP
1840 Century Park East
Suite 1900
Los Angeles, CA 90067-2121
Phone 310.586.3878
Fax 310.586.1378
shackelfordr@gtlaw.com

*Attorneys for Defendants*

Case No. 4:14-cv-00493-RH-CAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2014, the foregoing document was electronically filed with the Clerk of Court using CM/ECF, which will serve the following counsel of record:

>Tim Howard, J.D., Ph.D.
>Howard & Associates, P.A.
>2120 Killarney Way, Suite 125
>Tallahassee, FL 32309
>Phone 850-298-4455
>Fax 850-216-2537
>tim@howardjustice.com

>*s/John Londot*
>JOHN LONDOT

*TAL 451912578v1*

3