UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

---

SHALINUS PYE and RAISHA
LICHT individually and on behalf
of all others similarly situated,

JURY TRIAL DEMANDED

      *Plaintiffs*,

Case No.: 4:14-cv-00493-RH-CAS

  v.

FIFTH GENERATION, INC., a
Texas Corporation; MOCKINGBIRD
DISTILLERY CORP., a Texas Corporation,
and BERT BUTLER BEVERIDGE II, an
individual.

      *Defendants*.

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, AS TO ONLY BERT BUTLER BEVERIDGE, II, PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiffs, Shalinus Pye and Raisha Licht (collectively "Plaintiffs"), by a through their counsel, hereby voluntarily dismiss this action ONLY against Bert Butler Beveridge, II, an individual, without prejudice as to any and all of Plaintiffs' claims and without prejudice to any class claims pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i)

Dated: December 15, 2014.

                                              Respectfully submitted,

                                              */s/ Tim Howard*
                                              Tim Howard, J.D., Ph.D.
                                              Florida Bar No.: 655325
                                              **HOWARD & ASSOCIATES, P.A.**
                                              2120 Killarney Way, Suite 125
                                              Tallahassee, FL 32309
                                              Telephone: (850) 298-4455
                                              Fax: (850) 216-2537
                                              tim@howardjustice.com
                                              *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on December 15, 2014, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

                                            */s/ Tim Howard*
                                            Tim Howard, J.D., Ph.D.