IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHALINUS PYE et al.,

      Plaintiffs,

v.                                  CASE NO. 4:14cv493-RH/CAS

FIFTH GENERATION, INC.,
etc., et al.,

      Defendants.

_____/

## ORDER DISMISSING THE CLAIMS
## AGAINST THE DEFENDANT BEVERIDGE

Based on the plaintiffs' notice of voluntary dismissal, ECF No. 16, the claims against the defendant Bert Butler Beveridge II are dismissed without prejudice. Mr. Beveridge's motion to dismiss, ECF No. 12, is denied as moot. The claims against the other defendants remain pending.

SO ORDERED on December 19, 2014.

                                       s/Robert L. Hinkle
                                       United States District Judge