UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

---

SHALINUS PYE and RAISHA
LICHT individually and on behalf
of all others similarly situated,

*Plaintiffs,*

-v-

FIFTH GENERATION, INC., a
Texas Corporation; MOCKINGBIRD
DISTILLERY CORP., a Texas Corporation,
and BERT BUTLER BEVERIDGE II, an
individual.

*Defendants.*

JURY TRIAL DEMANDED

Case No. 4:14-cv-00493-RH-CAS

---

## **PLAINTIFF'S AMENDED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiffs respectfully move the Court, pursuant to Rule 15 of the Federal Rules of Civil procedure, for leave to file their First Amended Complaint, a copy of which is attached hereto. The new complaint maintains the counts and allegations against the same defendants from the original complaint, and clarifies facts substantiating allegations set forth therein.

Defendant does not object to the relief requested herein[1]. Accordingly, Plaintiff seeks the Court's leave to amend, which should be granted for the reason(s) set forth below.

---

[1] It should be noted that Defendant's counsel was not provided adequate time to confer with his client in order to determine if Defendant opposed the relief requested herein. However, even with such inadequate

1

## ARGUMENT

## PLAINTIFF HAS MET THE STANDARD FOR OBTAINING LEAVE TO FILE AN AMENDED COMPLIANT UNDER FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice requires." The decision whether to grant leave to amend a pleading is within the sound discretion of the district court, but as this Court has aptly recognized, "this discretion is strictly circumscribed by the proviso that 'leave [should] be freely given when justice so requires.'" Therefore, a justifying reason must be apparent for denial of a motion to amend. "Unless a substantial reason exists to deny leave to amend, the discretion of the district court is not broad enough to permit denial." *See Florida Evergreen Foliage v. E.I. DuPont De Nemours and Co.,* 470 F.3d 1036, 1041 (11th Cir. 2006).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2015, I filed the forgoing with the Clerk of Court through the CM/ECF system which automatically sends electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Mail Notice List.

 */s/ Tim Howard* _____
Tim Howard, J.D., Ph.D.
Florida Counsel for the Plaintiff:
Florida Bar No.: 655325
Howard & Associates, P.A.
2120 Killarney Way, Ste. 125
Tallahassee, FL 32309

---

notice, Defendant's counsel was able to confer with his client, and has indicated in writing via email that Defendant does not object to the relief requested herein.

(850) 298-4455
tim@howardjustice.com