IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHALINUS PYE et al.,

    Plaintiffs,

v.                                            CASE NO. 4:14cv493-RH/CAS

FIFTH GENERATION, INC.,
etc., et al.,

    Defendants.

_____/

**ORDER GRANTING LEAVE TO FILE**
**THE FIRST AMENDED COMPLAINT**

The plaintiffs' unopposed motion, ECF No. 19, as amended, ECF No. 20, for leave to file the first amended complaint is GRANTED. The first amended complaint, ECF No. 20-1, is deemed filed as of January 7, 2015.

SO ORDERED on January 7, 2015.

                              s/Robert L. Hinkle
                              United States District Judge