# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SHALINUS PYE et al.,

    Plaintiffs,

v.                          CASE NO. 4:14cv493-RH/CAS

FIFTH GENERATION, INC.,
etc.,

    Defendant.

_____/

## ORDER EXTENDING THE DEADLINE TO RESPOND
## TO THE FIRST AMENDED COMPLAINT

The defendant's unopposed motion, ECF No. 23, to extend the deadline to respond to the first amended complaint is GRANTED. The deadline is extended to January 28, 2015. The motion, ECF No. 13, to dismiss the original complaint is denied as moot.

SO ORDERED on January 24, 2015.

                                        s/Robert L. Hinkle
                                        United States District Judge