**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

SHALINUS PYE and RAISHA LICHT

    VS                                      CASE NO. 4:14-cv-493-RH-CAS

FIFTH GENERATION INC. and
MOCKINGBIRD DISTILLERY CORP.

## JUDGMENT

This action was resolved on a summary-judgment motion. It is ordered that the plaintiffs Shalinus Pye and Raisha Licht recover nothing on their claims against the defendants Fifth Generation, Inc., and Mockingbird Distillery Corporation. The claims are dismissed on the merits.

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT

September 27, 2016                     s/ Chip Epperson
DATE                                       Deputy Clerk: Chip Epperson