UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
_____

**SHALINUS PYE and RAISHA**
**LICHT individually and on behalf**
**of all others similarly situated,**

  *Plaintiffs*,         Case No. 4:14-CV-00493

  v.

**FIFTH GENERATION, INC., a**
**Texas Corporation; MOCKINGBIRD**
**DISTILLERY CORP., a Texas Corporation,**

  *Defendants.*
_____

## NOTICE OF APPEAL

  PLEASE TAKE NOTICE that Plaintiffs, SHALINUS PYE and RAISHA LICHT (collectively "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Summary Judgment (Doc. 63) granting summary judgment to the Defendants, FIFTH GENERATION, INC. and MOCKINGBIRD DISTILLERY CORP. (collectively "Defendants"), entered in this action on September 27, 2016.

Dated: October 10, 2016

                  Respectfully submitted,

                  */s/ Tim Howard*_____
                  Tim Howard, J.D., Ph.D.
                  Florida Counsel for the Plaintiff:
                  Florida Bar No.: 655325
                  Howard & Associates, P.A.
                  2120 Killarney Way, Ste. 125
                  Tallahassee, FL 32309
                  (850) 298-4455
                  tim@howardjustice.com
                  *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notice of electronic filing to all attorneys of record.

Respectfully submitted,

*/s/ Tim Howard*_____
Tim Howard, J.D., Ph.D.