# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 03, 2017

Jessica Lyublanovits
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301-7717

Appeal Number: 16-16494-BB
Case Style: Shalinus Pye, et al v. Fifth Generation Inc, et al
District Court Docket No: 4:14-cv-00493-RH-CAS

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Carol R. Lewis, BB/lt
Phone #: (404) 335-6179

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 16-16494-BB
_____

SHALINUS PYE,
RAISHA LICHT,

                                    Plaintiffs - Appellants,

versus

FIFTH GENERATION INC,
MOCKINGBIRD DISTILLERY CORP,

                                    Defendants - Appellees,

BERT BUTLER BEVERIDGE, II,

                                    Defendant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to Appellants Raisha Licht and Shalinus Pye's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective March 03, 2017.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Carol R. Lewis, BB, Deputy Clerk

                                                                       FOR THE COURT - BY DIRECTION